[No. 26195-2-II.   Division Two.   August 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES K. KNUTZEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00118-0, Richard L. Brosey, J., entered July 12, 2000. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 26546-0-II.   Division Two.   August 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L. UNDERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00238-9, F. Mark McCauley, J., entered September 11, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[Nos. 44893-5-I; 45554-1-I;   Division One.   September 4, 2001.]
    45951-1-I.

THOMAS ALBERG, ET AL., *Appellants*, v. KING COUNTY, *Respondent*.

MICHAEL J. ALBERG, ET AL., *Appellants*, v. KING COUNTY, ET AL., *Respondents*.

VALLEY RESOURCES, L.L.C., ET AL., *Appellants*, v. KING COUNTY, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, Nos. 99-2-01459-6, 98-2-20798-1, and 99-2-09720-3, Glenna Hall, Sharon S. Armstrong, and Linda Lau, JJ., entered June 22 and September 27, 1999, and January 12, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Cox, J.